IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:13-CR-342 |
| v. | |
| KEVIN DALE (03) | |

### SUPERSEDING INFORMATION

The Grand Jury Charges:

#### Count One

Possession of a Controlled Substance with Intent to Distribute
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B))

On or about December 6, 2012, in the Dallas Division of the Northern District of Texas, **Kevin Dale,** defendant, knowingly and intentionally possessed with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

Superseding Information - Page 1

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*/s/ Taly Haffar*

TALY HAFFAR
Assistant United States Attorney
Texas Bar No. 24038935
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8821
Facsimile: 214.767.0978
Email: taly.haffar@usdoj.gov